**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

MAREN RAYDEL,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03008-RFB-NJK

**ORDER**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner, Maren Raydel, has another habeas proceeding pending in this District: Raydel Maren Morejon v. John Mattos, No. 2:26-CV-00427-GMN-BNW.

Accordingly, **IT IS HEREBY ORDERED** that, on or before October 1, 2026, Petitioner, with the assistance of counsel, must indicate whether Petitioner intends to proceed with their petition in the instant case, or in Petitioner's duplicate proceeding pending before this Court. See Raydel Maren Morejon v. John Mattos, No. 2:26-CV-00427-GMN-BNW.

**DATED:** September 23, 2026

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**